# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT ALLEN SLOAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-917-SMY-RJD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 7, 2017 (Doc. 17), Plaintiff's claims against the United States of America are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: December 7, 2017**

JUSTINE FLANAGAN, Acting Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

**Approved:** s/ Staci M. Yandle
STACI M. YANDLE
DISTRICT JUDGE